KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com
gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>v.<br><br>DOLCE & GABBANA S.r.l. and DOLCE & GABBANA USA INC.,<br><br>Defendants. | Case No. 11-cv-00127 EMC<br><br>**STIPULATION TO EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Edward M. Chen<br><br>Complaint Filed: January 10, 2011<br><br>**JURY TRIAL DEMANDED** |

The parties stipulate as follows:

1. The complaint was served on Dolce & Gabbana USA Inc. on January 11, 2011 making its responsive pleading due on February 1, 2011.

2. Dolce & Gabbana USA has just hired outside counsel.

3. The parties agree that Dolce & Gabbana USA's answer shall be due on March 3, 2011. This is the first extension granted. It will not change any court deadlines, so it may be done without order per Local Rule 6-1.

4. The parties contemplate settlement discussions and, depending on agreements that may be reached, Levi Strauss may bring a motion for preliminary injunction. The parties agree that such a motion will be filed on March 3, 2011 (or on such other date that week as the ultimately assigned judge establishes for its law and motion day).

5. The parties agree to meet and confer, and to make reasonable agreements about discovery regarding disputes that appear material to the preliminary injunction motion, and to make agreements regarding the briefing schedule should those be necessary to accommodate important discovery.

6. The parties agree that other disclosures and discovery will occur on the ordinary timetable established by the Court's rules, unless extended by stipulation and order.

7. The parties agree that they will accept or decline assignment of the matter to Magistrate Judge Chen by no later than February 18, 2011.

DATED: February 1, 2011

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Gregory S. Gilchrist*
GREGORY S. GILCHRIST

Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: February 1, 2011

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

By: /s/ *John Slafsky*
JOHN SLAFSKY

Attorneys for Defendant
DOLCE & GABBANA USA INC.

63130411 v1

PROOF OF SERVICE

I hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. My business address is Two Embarcadero Center Eighth Floor, San Francisco, California 94111.

2. I am familiar with my company's mail collection and processing practices, know that said mail is collected and deposited with the appropriate overnight delivery service or with the United States Postal Service on the same day it is deposited in interoffice mail, and know that postage thereon is fully prepaid.

3. Following said practice, on February 1, 2011 I served by United States mail, a true copy of the attached document titled exactly **STIPULATION TO EXTENSION OF TIME TO RESPOND TO COMPLAINT** by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

Mark Lerner
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169-0079

John Slafsky
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

EXECUTED this 1st day of February 2011, at San Francisco, California.

/s/ *Victoria Hopper*
Victoria E. Hopper