KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com
       gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. 11-cv-00127 EMC |
| Plaintiff, | **CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE** |
| v. | Judge:     Hon. Edward M. Chen |
| DOLCE & GABBANA S.r.l. and DOLCE & GABBANA USA INC., | Complaint Filed:      January 10, 2011 |
| Defendants. | **JURY TRIAL DEMANDED** |

        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: February 18, 2011        Respectfully submitted,

                        By:    /s/ Gia L. Cincone
                        Gia L. Cincone
                        KILPATRICK TOWNSEND AND STOCKTON LLP

                        Attorneys for Plaintiff
                        LEVI STRAUSS & CO.

63164943 v1

