UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------------------X

LEVI STRAUSS & CO.,

                     Plaintiff,

           v.

DOLCE & GABBANA S.r.l. and DOLCE & GABANA USA Inc.,

                     Defendants.

------------------------------------------------------------X

Case No. CV 11-0127

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MARK LERNER *PRO HAC VICE*

**RECEIVED** 2011 FEB 17 P 3:25 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MARK LERNER, whose business address and telephone number is 230 Park Avenue, New York, NY 10169, (212) 818-9200 and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Dolce & Gabana USA Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 2/22/11 _____

                                                      Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*

APPLICATION FOR ADMISSION OF ATTORNEY
MARK LERNER PRO HAC VICE
CASE NO. CV-11-0127

1078219_1