

COPY

| | |
|---|---|
| 1  JOHN L. SLAFSKY, State Bar No. 195513<br>    WILSON SONSINI GOODRICH & ROSATI<br>2  650 Page Mill Road<br>    Palo Alto, CA 94304-1050<br>3  Telephone: (650) 493-9300<br>    Facsimile: (650) 493-6811<br>4  Email: jslafsky@wsgr.com | **FILED**<br><br>2011 FEB 22  A 9: 14<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5  MARK LERNER, *Pro Hac Vice Application Pending*
    SATTERLEE STEPHENS BURKE & BURKE LLP
6  230 Park Avenue, Suite 1130
    New York, NY 10169
7  Telephone: (212) 818-9200
    Facsimile: (212) 818-9606
8  Email: mlerner@ssbb.com

9  Attorneys for Defendants
    DOLCE & GABANE S.r.l. and
10  DOLCE & GABANA USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-----------------------------------------------------------------X

LEVI STRAUSS & CO.,

             Plaintiff,

      v.

DOLCE & GABBANA S.r.l. and DOLCE & GABANA
USA Inc.,

             Defendants.

-----------------------------------------------------------------X

Case No. CV 11-0127(EMC)

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

1

1088296_1

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2/17/11

Mark Lerner
*Counsel for Defendants*

2

1088296_1

## AFFIDAVIT OF SERVICE BY UNITED STATES FIRST CLASS MAIL

STATE OF NEW YORK)
: SS.:
COUNTY OF NEW YORK)

Brian J. Roe, being duly sworn, deposes and says:

1. That I am over eighteen (18) years of age am not a party to this action and reside in Queens, New York.

2. That on the 17th day of February 2011, I personally served a true and correct copy of the:

**- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATE DISTRICT JUDGE**

By United States First Class Mail upon:

Gia L. Cincone, Esq.
Gregory S. Gilchrist, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111

By depositing a true copy of the same in a properly addressed envelope, in a regularly maintained official depository of the United States Post Office located in the City, County and State of New York.

Dated: February 17, 2011
New York, New York

_____
Brian J. Roe

Sworn to before me this 17th
Day of February 2011.

_____
Notary Public

HELEN KELLY
Notary Public, State of New York
No. 5005276
Qualified in Suffolk County
Commission Expires December 7, 2014