**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
––––––––––––––

www.cand.uscourts.gov

Richard W. Wieking                                                                  General Court Number
Clerk                                                                                        415.522.2000

## February 23, 2011

**CASE NUMBER:  CV 11-00127 EMC**
**CASE TITLE:  LEVI STRAUSS-v-DOLCE & GABBANA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable SUSAN ILLSTON**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI**  immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 2/23/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                    Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                                 Entered in Computer 2/23/11AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA