JOHN L. SLAFSKY, State Bar No. 195513
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 943304-1050
Telephone: (650) 493-9300
Fascimile: (650) 493-6811
Email: jslafsky@wsgr.com

MARK LERNER, *admitted pro hac vice*
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
Email: mlerner@ssbb.com

*Attorneys for Defendant*
*DOLCE & GABBANA USA, INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISCTRICT OF CALIFORNIA

---

LEVI STRAUSS & CO.

               Plaintiff,

   v.

DOLCE & GABBANA S.r.L. and DOLCE & GABBANA USA, INC.

               Defendants.

11-cv-0127-SI

Hon. Susan Illston

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

      Pursuant to Civil L.R. 3-16, the undersigned counsel for Dolce & Gabbana USA, Inc. ("D&G USA") discloses that D&G USA is an indirect wholly-owned subsidiary of Dolce & Gabbana Holding S.r.l., which has a financial interest in the proceeding herein.

1094852_1

-2-

Dated:  March 3, 2011

                        Respectfully submitted,

By: _____
     Mark Lerner, *admitted pro hac vice*
     SATTERLEE STEPHENS BURKE & BURKE LLP

     *Attorneys for Defendants DOLCE & GABBANA USA, INC.*