| | |
|---|---|
| 1 | JOHN L. SLAFSKY, State Bar No. 195513 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 2 | Professional Corporation |
| | 650 Page Mill Road |
| 3 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 4 | Facsimile: (650) 493-6811 |
| | E-mail: jslafsky@wsgr.com |
| 5 | |
| | MARK LERNER (appearance *pro hac vice*) |
| 6 | Satterlee Stephens Burke & Burke LLP |
| | 230 Park Avenue |
| 7 | New York, New York 10169 |
| | Telephone (212) 818-9200 |
| 8 | Facsimile: (212) 818-9606 |
| | Email: mlerner@ssbb.com |
| 9 | |
| 10 | Attorneys for Defendant |
| | DOLCE & GABBANA USA, INC. |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OR CALIFORNIA

| | | |
|---|---|---|
| LEVI STRAUSS & CO., | ) | CASE NO: 11-CV-00127 SI |
| | ) | |
| Plaintiff, | ) | **NOTICE OF ATTORNEY** |
| | ) | **APPEARANCE** |
| v. | ) | |
| | ) | |
| DOLCE & GABBANA S.r.l. and DOLCE | ) | |
| & GABBANA USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that the following individual enters his appearance as counsel of record on behalf of Defendant, DOLCE & GABBANA USA, INC.:

    John L. Slafsky
    Wilson Sonsini Goodrich & Rosati, P.C.
    650 Page Mill Road
    Palo Alto, CA 94304
    Tel: (650) 493-9300
    Fax: (650) 493-6811
    Email: jslafsky@wsgr.com

-2-

| | | |
|---|---|---|
| 1 | Dated: March 4, 2011 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By:  /s/ John L. Slafsky |
| 4 | |       John L. Slafsky |
| 5 | | |
| 6 | | Attorneys for Defendant<br>DOLCE & GABBANA USA, INC. |