| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | GREGORY S. GILCHRIST (State Bar No. 111536)<br>GIA L. CINCONE (State Bar No. 141668) |
| 3 | Two Embarcadero Center Eighth Floor<br>San Francisco, CA 94111 |
| 4 | Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300 |
| 5 | Email: ggilchrist@kilpatricktownsend.com<br>        gcincone@kilpatricktownsend.com |

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>   Plaintiff,<br><br>   v.<br><br>DOLCE & GABBANA S.r.l. and DOLCE & GABBANA USA INC.,<br><br>   Defendants. | Case No. 11-cv-00127 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: April 22, 2011<br>CMC Time: 2:30 p.m. |

The parties in the above-entitled action jointly submit this stipulated request to continue the Initial Case Management Conference currently set for April 22, 2011, for three weeks, until May 13, 2011. The request is made in order to accommodate the travel schedule of counsel for defendant Dolce & Gabbana USA Inc., and will not affect any other deadline set by the Court.

///

///

///

///

///

///



STIPULATION AND [PROPOSED] ORDER CONTINUING ICMC
CASE NO. 11-cv-00127 SI

1                                      Respectfully submitted,

2   Dated: April 7, 2011         */s/ Gia L. Cincone*
                                             Gia L. Cincone
3                                              Kilpatrick Townsend & Stockton LLP

4                                              ATTORNEYS FOR PLAINTIFF
5                                              LEVI STRAUSS & CO.

7   Dated: April 7, 2011         */s/ Mark Lerner*
                                             Mark Lerner
8                                              Satterlee Stephens Burke & Burke LLP

9                                              ATTORNEYS FOR DEFENDANT
10                                             DOLCE & GABBANA USA INC.

13   PURSUANT TO STIPULATION, IT IS SO ORDERED.

15   Dated:   4/8/11                                     _____
16                                              Hon. Susan Illston
                                                United States District Judge

