IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LEVI STRAUSS,<br><br>        Plaintiff,<br><br>    v.<br><br>DOLCE & GABBANA,<br><br>        Defendant.<br>_____/ | No. C 11-00127 SI<br><br>**PRETRIAL PREPARATION ORDER** |

     It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 26, 2011</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 19, 2011</u>.

DESIGNATION OF EXPERTS: <u>1/31/12</u>; REBUTTAL: <u>3/1/12</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>March 30, 2012</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>June 1, 2012</u>;

    Opp. Due <u>June 15, 2012</u>;  Reply Due <u>June 22, 2012</u>;

    and set for hearing no later than <u>July 6, 2012</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 4, 2012</u>  at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>September 17, 2012</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The last date to amend the complaint is October 15, 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/16/12

                                                           SUSAN ILLSTON
                                                           United States District Judge