```
1   Perry J. Narancic, SBN 206820
    NARANCIC & KATZMAN, PC
2   325 Sharon Park Drive, #736
    Menlo Park, CA  94025
3   www.technologylitigationcounsel.com
    pnarancic@nk-pc.com
4   Tel: 650-814-7688
    Fax: 650-618-2700
5

6   Attorneys for Defendant
    DOLCE & GABBANA USA, INC.
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | CASE NO. 11 CV 00127 SI |
| Plaintiff, | [PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEYS BY DEFENDANT DOLCE & GABBANA USA, INC. |
| v. | |
| DOLCE & GABBANA, SRL, *et al.* | |
| Defendants. | |

The Substitution Of Attorneys By Defendant Dolce & Gabbana USA, Inc. submitted by Defendants on July 20, 2011 is hereby approved and accepted.

IT IS SO ORDERED.

Dated: _____7/21/11_____        _____
                                         UNITED STATES DISTRICT COURT JUDGE

1