KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com
       gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>v.<br><br>DOLCE & GABBANA S.r.l. and DOLCE & GABBANA USA INC.,<br><br>Defendants. | Case No. 11-cv-00127 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: August 26, 2011<br>CMC Time: 2:30 p.m. |

The parties in the above-entitled action jointly submit this stipulated request to continue the Case Management Conference currently set for August 26, 2011, for four weeks, until September 23, 2011.

Both defendants have now been served, including Dolce & Gabbana S.r.l. located in Italy. The parties are engaged in active settlement discussions and believe they are close to a resolution. The parties would like additional time to continue their discussions and hopefully finalize a settlement.

Accordingly, the parties believe it would be appropriate to continue the further Case Management Conference for a sufficient amount of time to allow settlement discussions to



STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. 11-cv-00127 SI

proceed.  Deferral of the Case Management Conference while the parties negotiate a final settlement would be the most economically efficient for the parties and obviate the need for engaging judicial resources at this time.  The parties therefore respectfully request that the Case Management Conference currently set for August 26, 2011, be continued to September ~~27~~ 22, 2011. This request will not affect any other deadline set by the Court.

                              Respectfully submitted,

Dated:  August 19, 2011      /s/ Gia L. Cincone
                                     Gia L. Cincone
                                     Kilpatrick Townsend & Stockton LLP

                                     ATTORNEYS FOR PLAINTIFF
                                     LEVI STRAUSS & CO.

Dated:  August 19, 2011      /s/ Mark Lerner
                                     Mark Lerner
                                     Satterlee Stephens Burke & Burke LLP

                                     ATTORNEYS FOR DEFENDANTS
                                     DOLCE & GABBANA S.R.L. and
                                     DOLCE & GABBANA USA INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _____8/24/11_____                                       _____
                                                                   Hon. Susan Illston
                                                                   United States District Judge

