1   KILPATRICK TOWNSEND & STOCKTON LLP
    GREGORY S. GILCHRIST (Bar # 111536)
2   GIA L. CINCONE (Bar # 141668)
    Two Embarcadero Center, 8th Floor
3   San Francisco, California  94111
    Telephone:  (415) 576-0200
4   Facsimile:  (415) 576-0300
    Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
    Attorneys for Plaintiff
6   LEVI STRAUSS & CO.

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LEVI STRAUSS & CO.,                          Case No. CV 11-00127 SI

12              Plaintiff,

13        v.                                     **STIPULATION OF DISMISSAL
                                                 WITH PREJUDICE; [~~PROPOSED~~]
14  DOLCE & GABBANA S.r.l. and DOLCE &           ORDER**
    GABBANA USA INC.,
15
                Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation of Dismissal; [Proposed] Order          - 1 -          Levi Strauss & Co. v. Dolce & Gabbana S.r.l., et al.
                                                                    Case No. CV 11-00127 SI

1      The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure

2  41(a)(1), stipulate that this action be and hereby is dismissed with prejudice.  Each party shall bear its

3  own costs and attorneys' fees.

4

5  DATED:  September 26, 2011                    Respectfully submitted,

6
                                                By:   */s/ Gia Cincone*
7                                                     Gia Cincone

8                                                     KILPATRICK TOWNSEND & STOCKTON LLP
                                                      Attorneys for Plaintiff
9                                                     LEVI STRAUSS & CO.

10  DATED:  September 26, 2011

                                                By:   */s/ Mark Lerner*
11                                                    Mark Lerner

12                                                    SATTERLEE STEPHENS BURKE & BURKE LLP
                                                      Attorneys for Defendants
13                                                    DOLCE & GABBANA S.R.L. and
                                                      DOLCE & GABBANA USA INC.
14

15

16   IT IS SO ORDERED.

17   DATED:  _____9/27____, 2011          _____
                                                      Hon. Susan Illston
18                                                    United States District Judge

19

20

21
    63667022 v1
22

23

24

25

26

27

28