1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (Bar # 111536)
2  GIA L. CINCONE (Bar # 141668)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email:  ggilchrist@kilpatricktownsend.com, gcincone@kilpatricktownsend.com
5
   Attorneys for Plaintiff
6  LEVI STRAUSS & CO.

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO.,                        | Case No. CV 11-00127 SI
12 |            Plaintiff,                      |
13 |       v.                                   | **STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**
14 | DOLCE & GABBANA S.r.l. and DOLCE & GABBANA USA INC., |
15 |            Defendants.                     |

1  The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure
2  41(a)(1), stipulate that this action be and hereby is dismissed with prejudice.  Each party shall bear its
3  own costs and attorneys' fees.

5  DATED:  September 26, 2011          Respectfully submitted,

                                       By:  */s/ Gia Cincone*
                                            Gia Cincone

                                            KILPATRICK TOWNSEND & STOCKTON LLP
                                            Attorneys for Plaintiff
                                            LEVI STRAUSS & CO.

10 DATED:  September 26, 2011
                                       By:  */s/ Mark Lerner*
                                            Mark Lerner

                                            SATTERLEE STEPHENS BURKE & BURKE LLP
                                            Attorneys for Defendants
                                            DOLCE & GABBANA S.R.L. and
                                            DOLCE & GABBANA USA INC.

   IT IS SO ORDERED.

17 DATED:  _____9/27____, 2011         _____
                                       Hon. Susan Illston
                                       United States District Judge

63667022 v1